**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GABRIELLE HELEN SHEINER,

                      Plaintiff,

    -against-                                          21 **CIVIL** 5272 (ER)

## JUDGMENT

ACTING SECRETARY ALEJANDRO
MAYORKAS, Secretary of the U.S. Department
of Homeland Security; UR M. JADDOU, Director,
United States Citizenship and Immigration Services;
ALISSA EMMEL, Chief, Immigrant Investor
Program Office, United States Citizenship and
Immigration Services; and UNITED STATES
CITIZENSHIP AND IMMIGRATION SERVICES,

                    Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 29, 2023, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      March 30, 2023

                                                          **RUBY J. KRAJICK**

                                                           _____
                                                            **Clerk of Court**

                                **BY:**     K. Mango

                                                           _____
                                                            **Deputy Clerk**